IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN VESOTSKY, JR., | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HOME DEPOT U.S.A., INC., a/b/a | : | |
| HOME DEPOT d/b/a, a/ka | : | |
| HOME DEPOT STORE #4166, | : | |
| Defendant | : | NO. 10-4093 |
| | : | |
| | : | |

## ORDER

**AND NOW** this 31st day of October, 2011, upon consideration of Defendant's Motion for Summary Judgment (Docket #24), Plaintiffs' response (Docket #25) and for the reasons set forth in the attach Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

BY THE COURT:

 /S LINDA K. CARACAPPA
 LINDA K. CARACAPPA
 UNITED STATES MAGISTRATE JUDGE